UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESELY LORENZ, | Civil No. C21-5243-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will affirm the Administrative Law Judge's conclusion that the claimant became disabled and therefore eligible for SSI beginning May 14, 2019, and that the relevant period on remand will be from October 7, 2015 through May 13, 2019. For the period prior to May 14, 2019, the administrative law judge will:

• Reevaluate the physical listings with evidence of record support;

• Evaluate the opinion of ARNP Graham;

Page 1      ORDER - [C21-5243-MLP]

- As needed, further develop the record, reevaluate the listings, reevaluate the claimant's subjective testimony; reevaluate the medical opinions; reevaluate the claimant's residual functional capacity; continue with the sequential evaluation; offer the claimant an opportunity for a new hearing; and obtain vocational expert testimony.

Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

DATED this 18th day of October, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Frederick Fripps
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3892
Fax:  (206) 615-2531
frederick.fripps@ssa.gov